**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *400 United States Courthouse* | DIRECT: 301-344-4032 |
| *United States Attorney* | *6500 Cherrywood Lane* | MAIN: 301-344-4433 |
| | *Greenbelt, MD 20770-1249* | FAX: 301-344-4516 |
| *Deborah A. Johnston* | | TTY/TDD: 301-344-2426 |
| *Assistant United States Attorney* | | Deborah.Johnston@usdoj.gov |

July 16, 2010

The Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland  20770

    Re: United States v. Patrick Fitzgerald Sweeney
       PJM-10-0271

Dear Judge Messitte:

    The defendant has filed pretrial motions in the above captioned case. The case is presently set for a pretrial conference on July 21, 2010 and a jury trial on July 27, 2010. These dates were set at arraignment and without consultation with counsel. Undersigned government counsel is scheduled to be out of the office on July 21, 2010 and the week of July 27, 2010.

    With consent of defense counsel, the government respectfully requests the court to postpone the pretrial conference and trial date and to defer the filing of the government's motions response to a date to be set at a scheduling conference.

    If this is acceptable to the court, government counsel will make the necessary arrangements for a scheduling conference with the court. This will give the parties an opportunity to discuss a disposition in this case and will save the court and the parties valuable time and resources. Thank you for your consideration of this request.

        Very truly yours,

        Rod J. Rosenstein
        United States Attorney


        By:_____/s/_____
          Deborah A. Johnston
          Assistant United States Attorney

Case 8:10-cr-00271-JKB   Document 18   Filed 07/16/10   Page 2 of 2