IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

UNITED STATES OF AMERICA        :

    vs.                                             :         Criminal No. PJM-10-0271

PATRICK FITZGERALD SWEENEY   :

    Defendant                                  :

**MOTION TO SUPPRESS EVIDENCE OBTAINED AS A RESULT
OF CONSTITUTIONAL VIOLATIONS**

The defendant, Patrick Fitzgerald Sweeney, by and through his attorneys, William C. Brennan, Jr. and Brett J. Cook, Brennan Sullivan & McKenna LLP, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure and the Fourth, Fifth, and Sixth Amendments to the United States Constitution, respectfully moves that this Honorable Court suppress evidence seized and obtained by federal and/or state law enforcement agencies as the result of (1) an unconstitutional search of a residence located at 9101 Halls Court, Owings, Maryland on May 21, 2010 and seizure of certain items, and (2) a custodial interrogation of the defendant on May 24, 2010.  The basis for the defendant's motion is set forth is as follows:

**SEARCH WITHOUT A WARRANT**

On May 21, 2010, law enforcement entered Mr. Sweeney's residence located at 9101 Halls Court, Owings, Maryland without a search warrant, but with an arrest warrant, and conducted a warrantless search of the residence.  During the search, law enforcement claim to have recovered several plastic bags containing heroin residue, a cellular phone and phone charger, an aluminum can containing heroin residue, two spoons containing heroin residue and several torn pieces of plastic bags.  It is believed that items obtained as a result of the search will be used by the government at trial in its case-in-chief.  Mr. Sweeney did not consent to a search of his residence, and any search

that was conduct was done outside of any exception to the Fourth Amendment's warrant requirement. Any items recovered by law enforcement as a result of the warrantless search of this residence should be suppressed by this Court.

## CUSTODIAL STATEMENTS

After Mr. Sweeney's arrest on May 21, 2010, he was transported to the United States Courthouse in Greenbelt, Maryland by law enforcement on May 24, 2010 for processing and his initial appearance. Any statements made by Mr. Sweeney to law enforcement between the time of his arrest and his initial appearance before the United States District Court were custodial in nature. Any statements, admissions, or confessions were obtained in violation of Mr. Sweeney's privilege against self-incrimination, his right to counsel as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, and the Supreme Court's holding in *Miranda v. Arizona*, 384 U.S. 436 (1966).

## CONCLUSION

WHEREFORE, the defendant, Patrick Fitzgerald Sweeney, respectfully requests that this Honorable Court:

1. GRANT the Motion To Suppress Evidence Obtained As A Result Of Constitutional Violations;

2. GRANT such other relief as deemed appropriate.

Respectfully submitted,

BRENNAN SULLIVAN & McKENNA LLP

Date: March 16, 2012

/s/
William C. Brennan, Jr. (#00465)
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (phone)
301-474-5730 (facsimile)
wbrennan@bsm-legal.com

/s/
Brett J. Cook (#17546)
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (phone)
301-474-5730 (facsimile)
bcook@bsm-legal.com

*Attorneys for the defendant, Patrick F. Sweeney*

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's motion.

/s/
Brett J. Cook

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 16th day of March, 2012 that a true and accurate copy of the foregoing Defendant's Motion To Suppress Evidence Obtained As A Result Of Constitutional Violations was served via CM/ECF filing upon the following individuals:

>Deborah Johnston, AUSA
>Arun Rao, AUSA
>United States Attorney's Office
>6500 Cherrywood Lane, Suite 400
>Greenbelt, Maryland 20770

>_____/s/_____
>Brett J. Cook