IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | **Criminal No. PJM 10-0271** |
| | * | |
| | * | |
| **PATRICK FITZGERALD SWEENEY** | * | |
| | * | |
| **Defendant** | * | |

## ORDER

Upon consideration of Defendant's various pending motions, and the Government's responses thereto, oral argument having been heard thereon, it is, for the reasons stated on the record, this 26th day of March, 2012

**ORDERED**

1. Defendant's Motion to Exclude Evidence of Other Crimes, Wrongs and Acts [Docket No. 16] is **GRANTED IN PART** and **DENIED IN PART**. Defendant's Motion is **GRANTED** as to evidence of Defendant's personal drug use after the dates at issue in the indictment and is **DENIED** in all other respects;

2. Defendant's Motion for Leave to File Additional Motions [Docket No. 17] is **DENIED WITHOUT PREJUDICE**;

3. Defendant's Motion for Severance of Counts [Docket No. 48] is **DENIED**; and

4. Defendant's Motion to Suppress Physical Evidence and Custodial Statements [Docket No. 49] is **DENIED**.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**