**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | **No. JKB-10-0271** |
| **v.** | **)** | |
| | **)** | |
| **PATRICK SWEENEY,** | **)** | |
| | **)** | |
| **Defendant** | **)** | |

---

**MOTION FOR LEAVE OF COURT TO DISMISS COUNT FOUR AND COUNT SIX
OF THE SECOND SUPERSEDING INDICTMENT**

---

**COMES NOW,** the United States, by and through Rod J. Rosenstein, United States Attorney and Deborah A. Johnston and Arun G. Rao, Assistant United States Attorneys for the District of Maryland, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves for leave of the Court to dismiss Count Four and Count Six of the Second Superseding Indictment in this case.

Respectfully submitted,

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

By:   _____/s/_____

Deborah A. Johnston
Arun G. Rao
Assistant United States Attorneys
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770
(301) 344-4433