IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  CRIMINAL NO. JKB-10-0271 |
| PATRICK FITZGERALD SWEENEY, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \*

## VERDICT FORM

We, the jury, find as follows with respect to <u>United States v. Patrick Fitzgerald Sweeney</u>:

1. As to Count One of the Second Superseding Indictment charging Patrick Fitzgerald Sweeney with possession of heroin on or about March 23, 2009, with the intent to distribute it, we find the defendant:

   _____        ___✓_____
   Not Guilty                  Guilty

2. a. As to Count Two of the Second Superseding Indictment charging Patrick Fitzgerald Sweeney with distribution of heroin on or about March 23, 2009, we find the defendant:

   _____        ___✓_____
   Not Guilty                  Guilty

   If you answered "Not Guilty" to Question 2a, please skip Question 2b and proceed to Question 3. If you answered "Guilty" to Question 2a, please also answer Question 2b before proceeding to Question 3.

   b. Did the use of heroin distributed by the defendant cause the death of Harrison Waite?

   _____        ___✓_____
   No                           Yes

1

3. As to Count Three of the Second Superseding Indictment charging Patrick Fitzgerald Sweeney with use of a cellular telephone between on or about March 18, 2009, and on or about March 23, 2009, in the commission of a felony, to wit, the distribution of heroin, we find the defendant:

   _____           ___✓_____
   Not Guilty                  Guilty

4. As to Count Five of the Second Superseding Indictment charging Patrick Fitzgerald Sweeney with use of a cellular telephone between on or about February 16, 2009, and on or about March 10, 2009, in the commission of a felony, to wit, the distribution of heroin, we find the defendant:

   _____           ___✓_____
   Not Guilty                  Guilty

5. As to Count Seven of the Second Superseding Indictment charging Patrick Fitzgerald Sweeney with use of a cellular telephone in or about December 2008 in the commission of a felony, to wit, the distribution of heroin, we find the defendant:

   _____           ___✓_____
   Not Guilty                  Guilty

The foregoing constitutes the unanimous verdict of the jury.

April 16, 2012          **SIGNATURE REDACTED**
Date                    Foreperson

2