# BRENNAN SULLIVAN & MCKENNA LLP
ATTORNEYS AT LAW

———

6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
TELEPHONE (301) 474-0044
FAX (301) 474-5730

———

BRETT J. COOK*
bcook@bsm-legal.com
*ADMITTED IN MARYLAND & VIRGINIA

July 5, 2012

**VIA ELECTRONIC CASE FILING**

The Honorable James K. Bredar
United States District Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

    **Re:**   *United States v. Patrick F. Sweeney*
             **JKB-10-0271**

Dear Judge Bredar:

    In anticipation of the sentencing hearing scheduled for August 27, 2012, the defendant Patrick Sweeney ("Mr. Sweeney"), through counsel, respectfully files this letter in lieu of a sentencing memorandum.

    The presentence report ("PSR") states that based on a total offense level of 38 and a criminal history category VI, the advisory sentencing guidelines range in this case is 360 months to life. A sentence even at the low end of this advisory range would be greater than necessary to accomplish the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

    At the time of sentencing, the defendant will request that the Court impose the mandatory minimum sentence of 20 years, followed by a period of supervised release, the mandatory special assessments, and no fine. While the defendant believes this sentence is "greater than necessary," given the types of sentences available, it is the least excessive sentence the Court may lawfully impose.

    The defendant has informed counsel that a number of his friends and family members intend to write letters in his support. These letters will be transmitted to the Court under a separate cover letter after undersigned counsel receive them.

Thank you for your consideration.

                                                 Sincerely yours,

                                                 /s/
                                                 William C. Brennan, Jr.

                                               /s/
                                               Brett J. Cook

cc:    Deborah Johnston (*via* email)